NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: NUVASIVE, INC.,
*Appellant*

---

### 2015-1842, 2015-1843

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00081, IPR2014-00087.

---

## JUDGMENT

---

MICHAEL T. ROSATO, Wilson, Sonsini, Goodrich & Rosati, PC, Seattle, WA, argued for appellant. Also represented by ANDREW SWANSON BROWN, SONJA ROCHELLE GERRARD; GRACE J. PAK, PAUL DAVID TRIPODI, II, Los Angeles, CA; RICHARD TORCZON, Washington, DC.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, JOSEPH MATAL, SCOTT WEIDENFELLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 10, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |